


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Case No. 13cv80233

CHRISTIAN CREDIT COUNSELORS,
INC., a Michigan corporation,

    Plaintiff,

v.

CHRISTIAN CREDIT COUNSELING
CENTER, LLC, a Florida limited liability
company,

    Defendant.

## MOTION FOR APPEARANCE *PRO HAC VICE*, CONSENT TO DESIGNATION & REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Ben T. Lila of the law firm Mandour & Associates, APC, 16870 West Bernardo Drive, Suite 400, San Diego, California 92127, telephone 858-487-9300, as co-counsel on behalf of Plaintiff Christian Credit Counselors, Inc., herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Ben T. Lila to receive electronic filings in this case, and in support thereof states as follows:

1. Ben T. Lila is not admitted to practice in the Southern District of Florida and is a member in good standing of the California Bar and the United States District Court for the Southern, Central, and Northern Districts of California.

2. Movant, D. Patricia Wallace, of the law firm Mathews Wallace, LLP, 700 SE 3rd Ave, Suite 400, Fort Lauderdale, Florida 33316, telephone 954-463-1929, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. Ben T. Lila, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to him at email address: blila@mandourlaw.com.

4. Pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, the Certification of Ben T. Lila is attached.

Case No. 13cv80233

WHEREFORE, D. Patricia Wallace moves this Court to enter an Order permitting Ben T. Lila to appear before this Court on behalf of Plaintiff Christian Credit Counselors, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ben T. Lila. A proposed order is attached.

Respectfully submitted,

Walter J. Mathews & D. Patricia Wallace
Fla. Bar Nos. 0174319 & 0185930
wjmathews or pwallace@wjmlawfirm.com
Mathews Wallace, LLP
Attorneys for Plaintiff
Courthouse Law Plaza
700 SE Third Avenue, Suite 400
Fort Lauderdale, Florida 33316
Tel:    (954) 463-1929 Fax: -1920

By: *Patricia Wallace*
D. Patricia Wallace

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Case No._____

CHRISTIAN CREDIT COUNSELORS,
INC., a Michigan corporation,

    Plaintiff,

v.

CHRISTIAN CREDIT COUNSELING
CENTER, LLC, a Florida limited liability
company,

    Defendant.

## RULE 4B CERTIFICATION OF BEN T. LILA

I, Ben T. Lila, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida, and (2) I am a member in good standing of the Bar of the State of California and the bars of the United States District Court for the Southern, Central, and Northern Districts of California.

Dated: March 6, 2013

_____
BEN T. LILA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Case No. 13cv80233-KLR

CHRISTIAN CREDIT COUNSELORS,
INC., a Michigan corporation,

    Plaintiff,

v.

CHRISTIAN CREDIT COUNSELING
CENTER, LLC, a Florida limited liability
company,

    Defendant.

PROPOSED

ORDER GRANTING MOTION FOR APPEARANCE
*PRO HAC VICE*, CONSENT TO DESIGNATION & REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion of Plaintiff's counsel for Appearance *Pro Hac Vice* of Ben T. Lila on behalf of Plaintiff Christian Credit Counselors, Inc., in this matter and request for Lila to receive electronically notice of electronic filings. The Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

Case No. 13cv80233-KLR

The Motion is GRANTED. Ben T. Lila is allowed to appear and participate in this action on behalf of Plaintiff Christian Credit Counselors, Inc.. The Clerk shall provide electronic notification of all electronic filings to Ben T. Lila at blila@mandourlaw.com.

Plaintiff's counsel shall serve a copy of this Order upon Defendant at the time of service of the Complaint.

DONE AND ORDERED in Chambers in Palm Beach County, Florida, this _____ day of _____, 2013.

_____
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE